IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MARSELLA D MILES,                          *

          Plaintiff,                    *

v.                                             Case No. 4:26-cv-370-CDL-CHW

                                     *

WARDEN RYAN BELAND, *et al.,*              *

          Defendants.                   *

_____     *

## J U D G M E N T

Pursuant to this Court's Order dated July 22, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 22nd day of July, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk